IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRAIG D. BASS AND AMBER BASS, Husband and Wife                    PLAINTIFFS

v.                              CASE NO. 3:09-CV-00193

ALLSTATE INDEMNITY COMPANY                                          DEFENDANT

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

On this 17th day of June, 2011, it is represented to the Court by counsel for

plaintiffs and defendant that the above cause has been compromised and settled and the

same should be dismissed with prejudice.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND

ADJUDGED that the above styled cause be, and the same hereby is, dismissed with

prejudice.

IT IS SO ORDERED.

_____
Hon. Brian S. Miller

APPROVED:

GEORGE BAILEY

By  /s/ George Bailey_____
        Attorneys for Plaintiffs


BARRETT & DEACON, P.A.

By  /s/ Shane Baker_____
        Attorneys for Defendant